WINDHAM,
*February,*
1838.

MOSES BINNEY *v.* WETHERBEE & SPRAGUE.

*(In  Chancery.)*

THE orator had obtained a decree at a previous term, the bill having been taken *pro confesso* by the defendants. The time of redemption had expired, without payment of the mortgage money.—And the orator now applied for a decree, that the defendants pay the amount of his costs in the proceeding.

*Per curiam.* This is an ordinary case of foreclosure. The defendants did not resist the decree, and we see no reason why we should decree that they shall pay the costs, because they refused to execute the decree.

Application denied.